239 So.2d 344

**Paul G. CHARBONNET, Jr.**

**v.**

**Dr. and Mrs. Alton OCHSNER, Jr.**

No. 50713.

Sept. 25, 1970.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

239 So.2d 344

**Eugene FONTENOT and Cecile Fontenot**

**v.**

**MARQUETTE CASUALTY CO. et al.**

No. 50716.

Sept. 25, 1970.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.